## LYNAH *v.* CITIZENS & SOUTHERN BANK *et al.*

FISH, C. J.   1. An unpaid subscription to the capital stock of a corporation, after a call has been made, being a chose in action, is assignable in writing.   Civil Code (1910), § 3652.   *Chattanooga R. Co.* v. *Warthen,* 98 *Ga.* 599 (25 S. E. 988) ; 1 Cook on Corporations, § 111.

2. Where writings relied on as the basis of a cause of action are set forth in substance, it is not a good ground of special demurrer to the petition that copies of the writings are not set forth in it nor attached thereto as exhibits. *Social Benevolent Society* v. *Holmes,* 127 *Ga.* 586 (3), 589 (56 S. E. 775), and cases cited.

3. There was no error in allowing the· petition amended by attaching a copy of the transfer of the stock subscription, upon which the suit was founded.

4. The petition set forth a cause of action, and was not subject to general demurrer.    *Judgment affirmed. All the Justices concur.*
MAY 12, 1911.

Complaint.   Before Judge Charlton.   Chatham superior court. April 22, 1910.

*George C. Heyward Jr.* and *Sheppard & Hewlett,* for plaintiff in error. *Adams & Adams* and *Cann, Barrow & McIntyre,* contra.